IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KUSALICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEREZ, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-1863-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, for an extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: August 18, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1