IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KUSALICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1863-DAD-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 41, for a 60-day extension of time to file an opposition to Defendant Dudley's motion to dismiss. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited prison law library access, Plaintiff's motion is granted in part. Plaintiff may file an opposition to Defendant's motion <u>within 30 days</u> of the date of this order.

　　　　IT IS SO ORDERED.

Dated: October 4, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1