IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KUSALICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-1863-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 45, for a first modification of the schedule for this litigation. Specifically, Plaintiff seek a 30-day extension of time to serve discovery. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to loss of legal documents and difficulties accessing services at the prison, Plaintiff's motion for a first extension of time is considered ex parte and will be granted.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion, ECF No. 45, to modify the schedule is granted.

    2.    The parties may conduct discovery until February 23, 2023.  All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by such time as will allow responses thereto by this discovery cut-off date.  The last date for filing any motions necessary to compel discovery shall be 60 days following this cut-off date.

    3.    All dispositive motions shall be filed not later than 90 days after the discovery cut-off date specified above.

Dated:  December 27, 2022



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE