1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    NICHOLAS KUSALICH,                    No.  2:20-CV-1863-DJC-DMC-P

12                    Plaintiff,

13         v.                               <u>ORDER</u>

14    PEREZ, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 55, for an extension

19    of time to file objections to the Court's July 14, 2023, findings and recommendations.  Good

20    cause appearing therefor based on Plaintiff's declaration indicating the need for additional time

21    due to limited law library access at Mule Creek State Prison where Plaintiff is currently housed,

22    Plaintiff's motion will be granted.

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Plaintiff's notion for an extension of time, ECF NO. 55, is GRANTED.

2.     Objections to the Court's July 14, 2023, findings and recommendations are due within 30 days of the date of this order.

Dated:  July 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2