IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KUSALICH,<br><br>    Plaintiff,<br><br> v.<br><br>PEREZ, et al.,<br><br>    Defendants. | No. 2:20-CV-1863-DJC-DMC-P<br><br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 57, for a 10-day extension of time to August 27, 2023, to file his opposition to Defendants' motion for summary judgment. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access at Mule Creek State Prison where Plaintiff is currently housed, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF NO. 57, is GRANTED.

2. Plaintiff's opposition to Defendants' motion for summary judgment is due by September 5, 2023.

Dated: August 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE