IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KUSALICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, et al.,<br><br>　　　　　Defendants. | No.  2:20-CV-1863-DJC-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to file objections to the Court's March 7, 2024, findings and recommendations.  See ECF No. 72.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access, Plaintiff's motion will be granted in part.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 72, is GRANTED in part.

2. The parties may file objections to the Court's March 7, 2024, findings and recommendations within 45 days of the date of this order.

Dated: March 22, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE